**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS, LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **VIRGIN OIL COMPANY, INC.** | § | **Case No. 09-11899** |
| | § | |
| **Debtor.** | § | **Section "A"** |
| | § | |
| **CIT CAPITAL USA, INC.** | § | |
| | § | |
| **Plaintiff.** | § | |
| **v.** | § | **Adversary No. 10-01068** |
| | § | |
| **VIRGIN OIL COMPANY, INC.;** | § | |
| **VIRGIN OFFSHORE, USA, INC.;** | § | |
| **WEATHERFORD INTERNATIONAL** | § | |
| **INC**, *et al* | § | |
| | § | |
| **Defendants.** | § | |

**WEATHERFORD INTERNATIONAL, INC.'S ORIGINAL ANSWER TO THE FIRST**
**AND SECOND AMENDED COMPLAINT**
[Related Docket Nos. 15 and 45]

TO THE HONORABLE UNITED STATE BANKRUPTCY JUDGE:

**WEATHERFORD INTERNATIONAL, INC.** ("Weatherford") files this Answer to the

First Amended Complaint [Docket Nos. 15] (the "Complaint") and the Second Amended

Complaint [Docket No. 45] (the "Second Amended Complaint") filed by CIT Capital USA, Inc.

("CIT") and in support would respectfully show unto the Court the following:

**Answer**

1.      Weatherford admits the allegations contained in paragraph 1 of the Complaint.

2.      Weatherford admits the allegations contained in paragraph 2 of the Complaint.

3.      Weatherford admits the allegations contained in paragraph 3 of the Complaint.

4.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 4 of the Complaint.

5.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 5 of the Complaint.

6.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 6 of the Complaint.

7.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 7 of the Complaint.

8.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 8 of the Complaint.

9.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 9 of the Complaint.

10.      Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 10 of the Complaint.

11.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 11 of the Complaint.

12.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 12 of the Complaint.

13.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 13 of the Complaint.

14.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 15 of the Complaint.

15.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 11 of the Complaint.

16.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 16 of the Complaint.

17.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 17 of the Complaint.

18.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 18 of the Complaint.

19.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 19 of the Complaint.

20.     Weatherford admits the allegations contained in paragraph 20(C) of the Second Amended Complaint.  However, Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations concerning paragraphs 20(A), 20(B), and 20(D)-(I) and therefore denies the allegations contained in those paragraphs of the Second Amended Complaint.

21.     Paragraph 21 of the Second Amended Complaint does not contain any allegations and therefore Weatherford is not required to respond.

22.     Weatherford admits the allegations contained in paragraph 22 of the Complaint.

23.     Weatherford admits the allegations contained in paragraph 23 of the Complaint.

24.     Weatherford admits the allegations contained in paragraph 22 of the Complaint.

25.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 25 of the Complaint.

26.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 26 of the Complaint.

27.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 27 of the Complaint.

28.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 28 of the Complaint.

29.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 29 of the Complaint.

30.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 30 of the Complaint.

31.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 31 of the Complaint.

32.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 32 of the Complaint.

33.     Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint.  Therefore, Weatherford denies the allegations contained in paragraph 33 of the Complaint.

34. Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint. Therefore, Weatherford denies the allegations contained in paragraph 34 of the Complaint.

35. Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint. Therefore, Weatherford denies the allegations contained in paragraph 35 of the Complaint.

36. Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint. Therefore, Weatherford denies the allegations contained in paragraph 36 of the Complaint.

37. Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint. Therefore, Weatherford denies the allegations contained in paragraph 37 of the Complaint.

38. With respect to paragraph 38 of the Complaint, Weatherford admits that it asserts a lien claim against the Empire Lease. However, Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations concerning the other "Empire Lien Claimants" and therefore denies the allegations contained in paragraph 38 of the Complaint with respect to those claimants.

39. As paragraph 39 of the Complaint realleges the previous allegations in paragraphs 1 through 22, it does not require a response.

40. With respect to paragraph 40 of the Complaint, Weatherford admits that Weatherford, the Plaintiff and Defendants Virgin Oil Company, Inc. and Virgin Offshore USA, Inc. have differing opinions regarding the validity, nature and extent of their ownership interests

Case 10-01068   Doc 85   Filed 11/23/10   Entered 11/23/10 16:30:12   Main Document
Page 7 of 10

in the Empire Lease. However, Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations concerning the other parties and therefore denies the allegations contained in paragraph 40 of the Complaint with respect to those parties.

41.     With respect to paragraph 41 of the Complaint, Weatherford admits that Plaintiff and Defendants Virgin Oil Company, Inc. and Virgin Offshore USA, Inc. each have adverse legal interests with Weatherford. However, Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations concerning the other Empire Lien Claimants and therefore denies the allegations contained in paragraph 41 of the Complaint with respect to those Empire Lien Claimants.

42.     With respect to paragraph 42 of the Complaint, Weatherford admits that Plaintiff seeks a declaration from the Court regarding the actual rights and obligations of the parties but is without sufficient knowledge or information to form a belief as to the substance of the allegations set forth therein.

43.     With respect to paragraph 43 of the Complaint, Weatherford admits that Plaintiff seeks the relief detailed therein but is without sufficient knowledge or information to form a belief as to the substance of the allegations set forth therein.

44.     As paragraph 44 of the Complaint realleges the previous allegations in paragraphs 1 through 27, it does not require a response.

45.     With respect to paragraph 45 of the Complaint, Weatherford admits that Plaintiff seeks the relief detailed therein, but denies that any lien rights Plaintiff has are superior to those of Weatherford.

46.     With respect to paragraph 46 of the Complaint, Weatherford admits that Plaintiff and Defendants Virgin Oil Company, Inc. and Virgin Offshore USA, Inc. each have adverse legal interests with Weatherford.  However, Weatherford is without sufficient knowledge or information to form a belief as to the truth of the allegations concerning the other Empire Lien Claimants and therefore denies the allegations contained in paragraph 46 of the Complaint with respect to those Empire Lien Claimants.

47.     With respect to paragraph 47 of the Complaint, Weatherford admits that the Court's determination regarding the validity, priority or extent of the lien claims on the Empire Lease are of sufficient immediacy and reality to warrant a declaratory judgment, but denies that any lien rights Plaintiff has are superior to those of Weatherford.

48.     With respect to paragraph 48 of the Complaint, Weatherford admits that Plaintiffs seek the relief detailed therein but is without sufficient knowledge or information to form a belief as to the substance of the allegations set forth therein.

49.     Paragraph 49 of the Complaint is a reservation of rights and therefore does not require a response.

50.     With respect to the WHEREFORE paragraph of the Complaint and the Prayer for Relief, Weatherford admits that Plaintiff seeks the relief detailed therein but denies that CIT has a valid and first priority lien in Virgin Oil Company's 85% interest in the Empire Lease.

51.     Any and all allegations in the Complaint not specifically address above are hereby expressly denied.

## CLAIM #1 – Declaratory Judgment to Determine
## Validity, Priority or Extent of Lien

1.      Weatherford asserts a valid, timely filed and properly perfected mineral lien against the Empire Well, leasehold and property in the amount of $195,539.27, exclusive of interest, fees or costs (the "Lien").  Said Lien attaches and encumbers the entire leasehold working interest in the Empire Lease and associated, leases, property and rights.

2.      First, Weatherford seeks a determination that Virgin Oil Company, Inc. (the "Debtor") is indebted to Weatherford for the total amount of their Lien.

3.      Weatherford further seeks a determination that the Lien secured by the Empire Lease and related assets securing these claims are valid, enforceable, timely filed and fully perfected.  To the extent permitted under 11 U.S.C. §506(b), Weatherford seeks a determination that they are entitled to interest and reasonable attorney's fees and costs.

## CLAIM #2 – Determination of Allowed Secured Claims

4.      Following the determination of the extent, validity and priority of Weatherford's Lien under Louisiana law, Weatherford seeks a determination under 11 U.S.C. §506, of the amount of its allowed secured claim and the allowed secured claim of CIT with respect to the Empire Lease.

5.      Weatherford hereby reserves the right to assert additional claims and/or to supplement the claims asserted herein.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, **Weatherford International, Inc.** respectfully requests that this Court deny the relief requested in the Complaint together with its

attorney's fees and cost, requests that the Bankruptcy Court enter judgment in their favor, and for

such other relief to which it may be justly entitled.

DATED:  November 23, 2010.

Respectfully submitted,


By:    /s/ Kristin S. Wallis (pro hac vice)
Carl Doré, Jr.
Texas Bar No. 06000600
Kristin S. Wallis
Texas Bar No. 24060794
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
Telephone: (281) 829-1555
Facsimile: (281) 829-1579

ATTORNEYS FOR WEATHERFORD
INTERNATIONAL, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties via the Court's CM/ECF system or via United States First Class Mail, postage prepaid, on the 23rd day of November, 2010.

/s/ Kristin S. Wallis
Kristin S. Wallis