UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **VIRGIN OIL COMPANY, INC.** | 09-11899 |
| DEBTOR(S) | CHAPTER 11<br>SECTION "A" |

---

**CIT CAPITAL USA, INC.**

      PLAINTIFF(S)

                                                      **ADVERSARY NO.**

VERSUS                                             **10-1068 SEC A**

**VIRGIN OIL COMPANY, INC., ET AL**

      DEFENDANT(S)

### ORDER FIXING PRE-TRIAL CONFERENCE

    **IT IS ORDERED** that a Pre-trial Conference with respect to the above-captioned adversary proceeding is set for **MONDAY, JANUARY 3, 2011, at 2:00 P.M.**, in Room 741-C, chambers of the Honorable Elizabeth W. Magner, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana 70130.

    New Orleans, Louisiana, December 14, 2010.

                                                          Elizabeth W. Magner
                                                          U.S. Bankruptcy Judge