**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS, LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **VIRGIN OIL COMPANY, INC.** | § | **Case No. 09-11899** |
| | § | |
| **Debtor.** | § | **Section "A"** |
| | § | |
| **CIT CAPITAL USA, INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | **Adversary No. 10-01068** |
| | § | |
| **VIRGIN OIL COMPANY, INC., AND** | § | |
| **VIRGIN OFFSHORE, U.S.A., INC.** | § | |
| ***ET AL.*** | § | |
| **Defendants.** | § | |

### NOTICE OF STATUS OF SERVICE AND RETURN DATES

CIT Capital USA, Inc. ("CIT") hereby provides this Court notice of the status of its service on the lien claimants in this matter and the return dates as follows:

1. CIT has made all of the parties who have filed a lien in the Plaquemines Parish records against Virgin Oil Company, Inc.'s interest in the "Empire Lease" as referenced in CIT's Complaint, as amended, defendants in this case.

2. All of the Defendants in this adversary proceeding have filed an answer or other responsive pleadings in this case except for Grey Wolf Drilling Company, Quality Energy Services, Inc., Talen's Fuel & Marine, LLC, Tesco Services, Inc., and HB Rentals, LLC. CIT has served Grey Wolf Drilling Company, Quality Energy Services, Inc., Talen's Fuel & Marine, LLC, and Tesco Services, Inc., and the delays for answering have expired. CIT will move for a default judgment against these defendants shortly.

3.  CIT has not been able to find a correct service address for HB Rentals, LLC, which is not

    registered with the Louisiana Secretary of State's Office.  CIT has recently learned that

    HB Rentals, LLC is a company related to another defendant, Superior Energy Services,

    LLC.  CIT was able to obtain a service address for HB Rentals, LLC through counsel for

    Superior Energy Services, LLC (who was not authorized to accept service on behalf of

    HB Rentals, LLC).  CIT will be issuing service on HB Rentals, LLC shortly.

4.  CIT provides this notice to the Court pursuant to this Court's request that CIT advise the

    Court of the status of service and the delays for response.

    New Orleans, Louisiana, this 16th day of December, 2010.


                                    Respectfully submitted,

                                    By:  ___/s/ *David Waguespack*_____
                                    David F. Waguespack (LA State Bar No. 21121)
                                    CARVER, DARDEN, KORETZKY, TESSIER,
                                    FINN, BLOSSMAN & AREAUX, LLC
                                    1100 Poydras Street, Suite 3100
                                    New Orleans, Louisiana 70163
                                    Direct: (504) 585-3814
                                    Fax:  (504) 585-3801

                                    ***Attorneys for CIT Capital USA Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2010, he caused a copy of CIT

Capital USA, Inc.'s Notice of Status of Service and Return Dates to be served via Electronic

Filing through the Court's electronic filing system on the following registered users enrolled in

this case:

H. Kent Aguillard on behalf of Defendant Precision Drilling Company, LP
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

Greta M. Brouphy on behalf of Defendant Virgin Offshore U.S.A., Inc.
gbrouphy@hellerdraper.com

Jeffrey M. Burmaster on behalf of Defendant National Oilwell Varco
jburmaster@kingkrebs.com

Jeffery Dayne Carruth on behalf of Defendant Haliburton Energy Services, Inc.
jcarruth@wkpz.com, jcarruth@aol.com

Leo D. Congeni on behalf of Defendant Virgin Oil Company, Inc.
LeoCongeni@bellsouth.net, officeofeturner@bellsouth.net

Carl Dore' on behalf of Defendant Newpark Environmental Services, LLC;
carldore@doreassociates.com, kevin@doreassociates.com

Douglas S. Draper on behalf of Defendant Virgin Offshore U.S.A., Inc.
dsd@hellerdraper.com, lcollins@hellerdraper.com;mdolan@hellerdraper.com

John Marston Fowler on behalf of Defendant ACTION OILFIELD SERVICES, INC.;
marston@jmfowlerlaw.com, jmire@eatel.net

George B. Jurgens on behalf of Defendant National Oilwell Varco
gjurgens@kingkrebs.com, gchristian@kingkrebs.com

J. Eric Lockridge on behalf of Defendant Industrial Lift Truck & Equipment Co;
eric.lockridge@keanmiller.com, brenda.seneca@keanmiller.com

Brent R. McIlwain on behalf of Plaintiff CIT Capital USA, Inc.
bmcilwain@pattonboggs.com

Mark Mintz on behalf of Defendant Superior Energy Services, LLC
mmintz@joneswalker.com

Jacque B. Pucheu on behalf of Defendant Industrial & Oilfield Services, Inc.
jacque@pprlaw.com, jvienne@pprlaw.com

David F. Waguespack on behalf of Counter-Defendant CIT Capital USA, Inc.
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

Kristin Nicole Wallis on behalf of Counter-Claimant Key Energy Services, Inc.
kristin@doreassociates.com, veronica@doreassociates.com

And via First Class, prepaid U.S. mail on December 16, 2010 to the following:

Grey Wolf Drilling Company
Thru Agent: CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

Quality Energy Services, Inc.
Thru Agent: Thomas M. Hebert
1420 Savanne Road
Houma, LA  70360

Talen's Fuel & Marine, LLC
Thru Agent: Capital Corporate Services, Inc.
8550 United Plaza Bldg. II, Suite 305
Baton Rouge, LA  70809

Tesco Services, Inc.
Thru Agent: CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

HB Rentals, LLC
Thru Agent: Bill Masters
601 Poydras Street, Suite 2400
New Orleans, LA  70130

New Orleans, Louisiana, this 16th day of December, 2010.

/s/ *David Waguespack*
David F. Waguespack

4820-4508-4936, v.  1