**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS, LOUISIANA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| VIRGIN OIL COMPANY, INC. | § | Case No. 09-11899 |
| | § | |
| Debtor. | § | Section "A" |
| | § | |
| CIT CAPITAL USA, INC. | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Adversary No. 10-01068 |
| | § | |
| VIRGIN OIL COMPANY, INC., AND | § | |
| VIRGIN OFFSHORE, U.S.A., INC. | § | |
| *ET AL*. | § | |
| Defendants. | § | |

# REQUEST FOR ENTRY OF DEFAULT

Plaintiff, CIT Capital USA, Inc. ("CIT") hereby requests the Clerk to enter a default against the Defendants, Grey Wolf Drilling Company, Quality Energy Services, Inc., Tesco Services, Inc., and Talen's Fuel & Marine, LLC, on the basis that the record in the above-captioned adversary proceeding demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure and Rule 7055 of the Federal Rules of Bankruptcy.

New Orleans, Louisiana, this 16th day of December, 2010.

                                                Respectfully submitted,

                                                By:   /s/ *David Waguespack*
                                                David F. Waguespack (La. State Bar No. 21121)
                                                Lindsay E. Spann (La. State Bar No. 32703)
                                                CARVER, DARDEN, KORETZKY, TESSIER,
                                                FINN, BLOSSMAN & AREAUX, L.L.C
                                                1100 Poydras Street, Suite 3100
                                                New Orleans, Louisiana 70163

Direct: (504) 585-3814
Fax: (504) 585-3801

*Attorneys for CIT Capital USA Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by placing same in the United States First Class mail, postage prepaid and properly addressed or via the Court's ECF system this 16th day of December, 2010.

/s/ David F. Waguespack