UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: **VIRGIN OIL COMPANY, INC.**                 BANKRUPTCY NO.: 09-11899
                                                         SECTION: "A"

      DEBTOR(S)


      **CIT CAPITAL USA, INC.**                 **ADVERSARY NO.:** 10-1068
      PLAINTIFF(S)                                 CHAPTER: 11

v.

      **VIRGIN OIL COMPANY, INC., AND**
      **VIRGIN OFFSHORE, U.S.A., INC.**
      **ET AL.**
      DEFENDANT(S)


## ENTRY OF DEFAULT

A review of the record and the docket sheet shows that defendants, **Quality Energy Services, Inc., Tesco Services, Inc., and Talen's Fuel & Marine, LLC,** have failed to file an answer or otherwise defend this case.

Accordingly, default is entered against these defendants as authorized by Bankruptcy Rule 7055.

New Orleans, Louisiana, DECEMBER 17, 2010.


                                           R. Marla Hamilton

                By:    s/: Carlis Lovely
                                _____
                                  DEPUTY CLERK